

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Wm. J. Tucker
Executive Secretary
Game, Fish & Oyster Commission
Austin, Texas

Dear Sir:            Opinion No. 0-4942
                     Re:  Procedure to be followed
                          in formulating compact
                          between the States of
                          Texas and Oklahoma for
                          controlling fishing and
                          hunting in the parts of
                          the States of Texas and
                          Oklahoma inundated by the
                          waters of Denison Dam.

          This will acknowledge receipt of your letter
of September 15, 1942, requesting the opinion of this De-
partment, from which we quote as follows:

          "This office is requesting you advise
     us as to the necessary procedures to be
     followed in formulating a compact with the
     State of Oklahoma for controlling fishing
     and hunting in that portion of the State of
     Oklahoma and Texas inundated by the waters
     of Denison Dam.

          "1.  What authority could be exercised
     by administrative agencies of the State of
     Texas and Oklahoma after such a compact was
     achieved, and there was the necessary attendant
     legislation on this subject?

          "2.  Could special legislation provide
     that a special fee be charged for fishing and
     hunting within the area for the benefit of
     such a compact?

Hon. Wm. J. Tucker - Page 2

"3. Could special police regula-
tions be provided that could be enforced
in any portion of the area by either the
police authorities of Texas or Oklahoma?

"4. If an adequate compact is ap-
proved by the United States Congress,
could the area embraced include not only
the waters impounded by Denison Dam but
the adjacent area for the purpose of pro-
moting wild life conservation therein?

"We shall appreciate very much your
full advice on this subject, in order that
we may be properly guided in negotiating with
the game and fish authorities of the State
of Oklahoma."

The States of Texas and Oklahoma can enter
into a compact controlling fishing and hunting in that
portion of the States of Texas and Oklahoma inundated
by the waters of Denison Dam.

The Legislature of the states desiring to
enter into such compact may, by Act duly passed, authorize
their Governor to appoint a Commissioner to enter into ne-
gotiations, looking to the formation of such compact. The
Governor of each such state should also request the Federal
authority to name a representative to participate in the
negotiations for a compact.

If and when an agreement or compact is entered
into between the states, such compact should be approved by
the Federal representative participating, ratified by the
Legislature of each of the signatory states, and approved
by the Congress of the United States.

The states entering into a compact may provide
therein for the exercise of such authority over the area

embraced therein as they may deem appropriate, that is not in conflict with the Constitution and laws of the United States, or of the signatory states, but the authority to be exercised over the area embraced in the compact by each of the signatory states should be clearly defined therein.

What is said above, we think, answers your question No. 1.

We are of the opinion that your questions Nos. 2, 3 and 4 should be answered in the affirmative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

NOV 5, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

By

E. P. Price
Assistant

EPP:BT



APPROVED
OPINION
COMMITTEE